UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DIAZ,<br><br>          Plaintiff,<br><br>    v.<br><br>J. CUDAL, et al.,<br><br>          Defendants. | No. 1:19-cv-01282-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 8) |

Plaintiff Joshua Diaz is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 18, 2019, the assigned magistrate judge issued an order striking plaintiff's unsigned complaint and requiring him to file a signed complaint within thirty days in order to proceed with this action. (Doc. No. 5.) The court expressly warned plaintiff that his failure to comply with the court's order would result in dismissal of this action without prejudice. (*Id.* at 2.)

On November 4, 2019, following plaintiff's failure to respond to the court's September 18, 2019 order, the magistrate judge issued findings and recommendations, recommending dismissal of this action without prejudice due to plaintiff's failure to obey a court order and failure to prosecute this action. (Doc. No. 8.) The findings and recommendations were served on

plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3–4.) The deadline to file objections has passed, and plaintiff has failed to file objections to the pending findings and recommendations or otherwise communicate with the court regarding this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 4, 2019 (Doc. No. 8) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 16, 2020**

UNITED STATES DISTRICT JUDGE